Luis de los Reyes, Respondent, v. United States Lines Company, Defendant and Third-Party Plaintiff-Appellant. Ship Tank Marine Service Corp., Third-Party Defendant-Appellant

992

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Rabin, JJ.